IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN VAN NESS | : |
| v. | : |
| GREENWOOD GAMING AND ENTERTAINMENT, INC. a/k/a and/or d/b/a PARX CASINO; and GREENWOOD GAMING SERVICES, INC.; and KEYSTONE TURF CLUB, INC.; and BENSALEM RACING ASSOCIATION, INC., a/k/a and/or d/b/a PARX CASINO AND RACING | : NO. 2:16-cv-01192-LS |

FILED
APR 13 2016
MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

## STIPULATION TO AMEND CAPTION

**IT IS HEREBY STIPULATED** by and between counsel of record that the caption in the above-referenced matter is hereby corrected to reflect the proper identification of the defendants and shall hereinafter read as follows:

Ann Van Ness v. Greenwood Gaming and Entertainment, Inc. d/b/a Parx Casino

DATE: 3-29-16

_____
ROBERT P. SNYDER, ESQ.
Attorney for Plaintiff

DATE: 7/11/16

_____
ANDREW J. KRAMER, ESQ.
Attorney for Defendants

4/13/16
J.