IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANN VAN NESS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 16-1192 |
| | : | |
| **GREENWOOD GAMING AND** | : | |
| **ENTERTAINMENT, INC. d/b/a** | : | |
| **PARX CASINO,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW, TO WIT:** This 19th day of March, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

KATE BARKMAN, Clerk of Court


BY: /s/ *Sharon Lippi*
      Sharon Lippi, Deputy Clerk to
      Chief Judge Lawrence F. Stengel